IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JENNIFER PHILLIPS AS SURVIVING SPOUSE AND AS ADMINISTRATOR OF THE ESTATE OF JARROD CURTIS PHILLIPS, DECEASED | ) ) ) ) ) ) | CIVIL ACTION FILE NO. 1:19-cv-01386-LMM |
| Plaintiff, v. | ) ) ) | |
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR CHOICE OF LAW DETERMINATION AND BRIEF IN SUPPORT**

COMES NOW Defendant FedEx Ground Package System, Inc. ("FXG") and, pursuant to Fed. R. Civ. P. 6(b)(1)(B) files this Motion for Leave to File Motion for Choice of Law Determination. In support of this Motion, FXG relies on its Brief in Support of Motion for Leave to File Motion for Choice of Law Determination, filed contemporaneously herewith, along with all pleadings filed in this matter to date.

WHEREFORE, FXG prays that this Court grant its Motion for Leave to File Motion for Choice of Law Determination.

This 29th day of January, 2020.

                                       */s/ Camille A. Smith*
                                       Camille A. Smith
                                       Georgia Bar No. 183438
                                       Attorney for Defendant FedEx Ground
                                       Package System, Inc.

CALLAHAN & FUSCO, LLC
One West Court Square, Suite 750
Decatur, GA 30030
(877) 618-9770 (Telephone)
(877) 618-9772 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JENNIFER PHILLIPS AS SURVIVING SPOUSE AND AS ADMINISTRATOR OF THE ESTATE OF JARROD CURTIS PHILLIPS, DECEASED | ) ) ) ) ) ) | CIVIL ACTION FILE NO. 1:19-cv-01386-LMM |
| Plaintiff, | ) | |
| v. | ) ) | |
| FEDEX GROUND PACKAGE SYSTEM, INC. | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR CHOICE OF LAW DETERMINATION AND BRIEF IN SUPPORT**

NOW COMES the Defendant, FedEx Ground Package System Inc. ("FXG"), and files its Brief in Support of Motion for Leave to File Motion for a Choice of Law Determination ("Motion for Leave"), respectfully showing the court as follows:

### I.     INTRODUCTION

On March 28, 2019, Plaintiff Jennifer Phillips ("Plaintiff" or "Phillips") filed a wrongful death lawsuit arising from a motor vehicle accident that occurred August 14, 2018 on Interstate 20 ("I-20") in Scott County, Mississippi. (*See* Complaint, Doc. 1). Per the Complaint, Plaintiff filed this action in the Northern District of

Georgia based on diversity jurisdiction, despite the locus of operative facts being in Mississippi, as Plaintiff is a resident of Cobb County, Georgia. (*Id.* at ¶ 28).

On April 18, 2019, FXG filed a Motion to Dismiss for Improper Venue or, in the Alternative, Motion to Transfer Venue ("Motion to Transfer") under the theory of *forum non conveniens*. (*See* Doc. 9). FXG's Motion to Transfer included an analysis of why Mississippi's substantive law should apply based on *lex loci delicti* but did not explicitly seek a choice of law determination at that time. (*Id.* at p. 13).

On June 24, 2019, this Court entered its Order denying FXG's Motion to Transfer. (*See* Order Denying Motion to Dismiss, or in the Alternative, Motion to Transfer, Doc. 20). At that time, the Court noted the likelihood of future motion practice to determine the appropriate choice of law. (*Id.* at p. 12). The Court did not limit or otherwise suggest a timeframe for filing a motion on choice of law. (*Id.*).

On November 20, 2019, FXG filed its Motion for Choice of Law Determination ("Choice of Law Motion"). (*See* Doc. 39). On November 27, 2019, Plaintiff filed her Response to FXG's Choice of Law Motion. (*See* Doc. 41). On December 17, 2019, FXG filed its Reply Brief in Support of its Choice of Law Motion. (*See* Doc. 44). As of the filing of this Motion for Leave, the parties have fully briefed the choice of law issue, absent a specific request from the Court for

further briefing on this issue. Accordingly, there will be no delay to this proceeding if the Court grants this Motion for Leave.

## II.   ARGUMENT AND AUTHORITIES

Before the Court is FXG's Motion for Leave with respect to its Choice of Law Motion. As noted by the Court in its January 22, 2020 Order, Local Rule 7.1(A)(2) provides that motions must be filed within thirty days after the beginning of discovery, absent prior permission of the Court. Discovery in this action commenced on July 24, 2019. (*See* Scheduling Order, Doc. 19). By way of this Motion for Leave, FXG seeks the Court's retroactive permission for its November 20, 2019 Choice of Law Motion, as the same was filed more than thirty days after the commencement of discovery.

FXG does not seek this leave out of bad faith or for the purposes of delaying this case or causing undue prejudice to the Plaintiff. There will be no delay caused by the Court's consideration of the Choice of Law Motion, as both parties have already submitted briefs. The parties are currently engaging in discovery, which will not be affected by the consideration of the Choice of Law Motion, as the scope of discovery is the same under both Georgia and Mississippi law. Further, the Choice of Law Motion is certainly no surprise to the Plaintiff, as the parties have discussed the application of Georgia law versus Mississippi law throughout the case. *See*

*Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996) (quoting *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship,* 507 U.S. 380, 395 (relevant factors in determining whether neglect of a deadline is excusable include "danger of prejudice to the [opposing party], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith.")).

In addition to there being no need for further briefing on choice of law, the Court's consideration of the pending motion will not result in the parties' need to conduct additional discovery. Indeed, the choice of law issue has been at the forefront of this litigation since the outset, and both parties desire a determination from the Court. The parties' Joint Preliminary Report and Discovery Plan filed May 17, 2019 included a determination of choice of law between Georgia and Mississippi as one of the primary legal issues. (*See* Joint Preliminary Report and Discovery Plan, Doc. 13).

Lastly, a determination as to whether Mississippi or Georgia law will apply to this action – and, specifically, whether the Mississippi cap on non-economic damages found at MS Code Section 11-1-60(2)(b) will apply – is critical to the parties' ability to conduct meaningful settlement negotiations, which both parties are interested in. To that end, the parties desire a ruling on the pending Choice of Law

Motion. The undersigned counsel has conferred with counsel for the Plaintiff regarding this Motion for Leave, and counsel indicated that the Plaintiff does not oppose the Court's consideration of the Choice of Law Motion and the related briefing.

WHEREFORE, Defendant FedEx Ground Package System, Inc. respectfully requests that the Court grant its Motion for Leave to File Motion for Choice of Law Determination.

Respectfully submitted this 29th day of January, 2020.

CALLAHAN & FUSCO, LLC

*/s/ Camille A. Smith*
Camille A. Smith
Georgia Bar No. 183438
Attorney for Defendant

CALLAHAN & FUSCO, LLC
One West Court Square
Suite 750
Decatur, Georgia 30030
877-618-9770 (telephone)
973-618-9772 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER PHILLIPS AS SURVIVING SPOUSE AND AS ADMINISTRATOR OF THE ESTATE OF JARROD CURTIS PHILLIPS, DECEASED<br><br>          Plaintiff,<br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br><br>          Defendant. | CIVIL ACTION FILE<br>NO. 1:19-cv-01386-LMM |

## **CERTIFICATE OF COMPLIANCE**

The foregoing **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR CHOICE OF LAW DETERMINATION** is double-spaced in 14-point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1

This 29th day of January, 2020.

                                           */s/ Camille A. Smith*
                                           Camille A. Smith
                                           Georgia Bar No. 183438
                                           Attorney for Defendant FedEx Ground Package System, Inc.

- 9 -

CALLAHAN & FUSCO, LLC
One West Court Square, Suite 750
Decatur, GA 30030
(877) 618-9770 (Telephone)
(877) 618-9772 (Facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JENNIFER PHILLIPS AS SURVIVING SPOUSE AND AS ADMINISTRATOR OF THE ESTATE OF JARROD CURTIS PHILLIPS, DECEASED<br><br>Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br><br>Defendant. | CIVIL ACTION FILE<br>NO. 1:19-cv-01386-LMM |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR CHOICE OF LAW DETERMINATION** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants and mailed by United States Postal Service, first-class, postage prepaid, a paper copy of the same document to counsel of record who are non-CM/ECF participants. Counsel of record is:

J. Glenn Richardson, Esq.
TALLEY, RICHARDSON, & CABLE, P.A.
367 West Memorial Drive
Dallas, Georgia 30132
(770) 445-4438 (phone)
(770) 505-4871 (fax)
jgrichardson@trc-lawfirm.com

This 29th day of January, 2020.

*/s/ Camille A. Smith*
Camille A. Smith
Georgia Bar No. 183438
Attorney for Defendant FedEx Ground
Package System, Inc.

CALLAHAN & FUSCO, LLC
One West Court Square, Suite 750
Decatur, GA 30030
(877) 618-9770 (Telephone)
(877) 618-9772 (Facsimile)